THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON ENVIRONMENTAL COUNCIL and SIERRA CLUB WASHINGTON STATE CHAPTER,<br><br>Plaintiffs,<br><br>v.<br><br>THEODORE ("TED") L. STURDEVANT, DIRECTOR, WASHINGTON STATE DEPARTMENT OF ECOLOGY, in his official capacity, MARK ASMUNDSON, DIRECTOR, NORTHWEST CLEAN AIR AGENCY, in his official capacity, and CRAIG T. KENWORTHY, DIRECTOR, PUGET SOUND CLEAN AIR AGENCY, in his official capacity,<br><br>Defendants,<br><br>WESTERN STATES PETROLEUM ASSOCIATION,<br><br>Intervenor-Defendant. | No. 2:11-cv-00417-MJP<br><br>INTERVENOR-DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY |

    The parties' cross-motions regarding the merits of Plaintiffs' claims in this litigation have been fully briefed and are now pending with this Court. Oral argument has been scheduled for November 22, 2011. This notice is being provided to alert the Court to supplemental authority in

INTERVENOR-DEFENDANT'S NOTICE
OF SUPPLEMENTAL AUTHORITY (2:11-cv-00417-MJP) - 1

the form of a federal district court decision issued on October 17, 2011 after submission of all briefs in this matter.

Attached is a copy of *In re Polar Bear Endangered Species Act Listing and § 4(d) Rule Litigation*, 2011 U.S. Dist. LEXIS 119476 (D.D.C. Oct. 17, 2011). The principal holdings of the decision – that the polar bear 4(d) rule is lawful under the Endangered Species Act and rational, but that the U.S. Fish and Wildlife Service failed to comply with the National Environmental Policy Act – are not relevant here. However, in the course of reaching these holdings, the court addressed in detail the inability of current knowledge and science to link greenhouse gas emissions from any source and climate change at a given location. *See id.* at *47-*49. For example, the court found that:

> In a memorandum summarizing the most recent findings on this issue by the leading international climate science research organizations, the United States Geological Survey determined that "[i]t is currently beyond the scope of existing science to identify a specific source of $CO_2$ emissions and designate it as the cause of specific climate impacts at an exact location." . . . Similarly, in a memorandum to the Service, the Environmental Protection Agency Office of Air and Radiation observed that "[t]he climate change research community has not yet developed tools specifically intended for evaluating or quantifying end-point impacts attributable to the emissions of [greenhouse gases] from a single source, and we are not aware of any scientific literature to draw from regarding the climate effects of individual, facility-level [greenhouse gas] emissions.

*Id.* at *48 (citations to administrative record omitted).

The above-cited aspects of the *In re Polar Bear* decision are directly relevant to matters addressed, authorities cited and testimony provided by Defendant-Intervenor regarding the merits at Dkt. 50 §§ II.A and V, and Dkt. 52. In addition, this supplemental authority bears upon the sufficiency of Plaintiffs' standing, which is premised upon conjecture, and inadmissible speculation and opinion testimony by unqualified lay declarants, each alleging, contrary to all scientific evidence, that greenhouse gas

INTERVENOR-DEFENDANT'S NOTICE
OF SUPPLEMENTAL AUTHORITY (2:11-cv-00417-MJP) - 2

STOEL RIVES LLP
ATTORNEYS
900 SW Fifth Avenue, Suite 2600, Portland, OR 97204
*Telephone (503) 224-3380*

70954663.1 0052991-00002

1  emissions of Washington refineries are linked to climate change effects in Washington.

2  *See* Dkt. 50 at 33, Dkt. 61 at 21-22.

3
4     DATED:  October 25, 2011.

5                                   STOEL RIVES LLP

6
7                                   /s/ Jeffrey W. Leppo
                                  Jeffrey W. Leppo, WSBA No. 11099

8                                   Attorneys for Intervenor-Defendant
9                                   Western States Petroleum Association

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

INTERVENOR-DEFENDANT'S NOTICE
OF SUPPLEMENTAL AUTHORITY (2:11-cv-00417-MJP) - 3

70954663.1 0052991-00002

**STOEL RIVES** LLP
ATTORNEYS
900 SW Fifth Avenue, Suite 2600, Portland, OR  97204
*Telephone (503) 224-3380*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2011, I filed a copy of foregoing document with the Clerk of the Court for the United States District Court – Western District of Washington by using the CM/ECF system. Participants in this Case No. 2:11-cv-00417 who are registered CM/ECF users will be served by the CM/ECF system.

Svend A. Brandt-Erichsen, sberichsen@martenlaw.com
Janette K. Brimmer, jbrimmer@earthjustice.org
Brian W. Chestnut, bchestnut@zcvbs.com
Jennifer A. Dold, jenniferd@pscleanair.org
Joshua Osborne-Klein, joshok@zcvbs.com
Ryan P. Steen, rpsteen@stoel.com
Katharine G. Shirey, ecyolyef@atg.wa.gov
Laura J. Watson, lauraw2@atg.wa.gov

/s/ Jeffrey W. Leppo
Jeffrey W. Leppo

INTERVENOR-DEFENDANT'S NOTICE
OF SUPPLEMENTAL AUTHORITY (2:11-cv-00417-MJP) - 4

70954663.1 0052991-00002

**STOEL RIVES** LLP
ATTORNEYS
900 SW Fifth Avenue, Suite 2600, Portland, OR 97204
*Telephone (503) 224-3380*